ACCEPTED
06-15-00052-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/22/2015 3:53:10 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00052-CR

| | | | |
|---|---|---|---|
| **RALPH BARBA, JR.** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **V.** | § | **SIXTH COURT** | |
| | § | | 9/22/2015 3:53:10 PM |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Ralph Barba, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 102nd Judicial District Court of Red River County, Texas.

2.      The case below was styled the State of Texas vs. Ralph Barba, Jr., and numbered CR02113.

3.      Appellant was convicted for offense of Continuous Sexual Abuse of Young Child.

4.      Appellant was assessed a sentence of life imprisonment on March 20, 2015

5.      Appellant's notice of appeal was given on April 20, 2015.

6.      The clerk's record was filed on June 17, 2015; the reporter's record was filed on August 20, 2015.

7.      The appellate brief is presently due on September 21, 2015.

8.      Appellant requests an extension of time of 30 days, i.e. until October 21, 2015.

9.      This is the first motion for an extension to file the brief submitted in this cause.

10.     Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

This contains a Reporter's Record consisting of fourteen volumes. Counsel is unable to perform an adequate review of the record and prepare a professional brief prior to the current due date. Counsel would further show the following:

Counsel serves as counsel for Appellant in Case No. 06-15-00060-CR, styled *Jesse Dwayne Black v. Texas*. The brief in that case was filed on August 27, 2015. Counsel serves as counsel for Appellant in Case Nos. 06-15-00074 CR & 06-15-00075-CR, styled *Glenn Edwin Rundles v. Texas*. The brief in that case is currently due September 24, 2015.

Counsel was out of the office on military orders from August 27, 2015 until September 4, 2015. Counsel's office was closed on September 7, 2015 in observance of Labor Day. Counsel was also out of the office on September 11, 2015 on military orders. Counsel had a hearing on a motion for new trial in the Lamar County Court at Law in a case styled *ITIO King Children* on September 14 ,2014. Counsel had hearings in the Lamar County Court at Law on September 10, 2015 in Cause No. P-17868, *Estate of Clara Hatanville*, and in Cause No. 65994, *ITIO TAM, A Child.* On September 16, 2015, Counsel had a hearing in Cause No. 83590, *ITIO MMFP, A Child.* On September 22, 2015, Counsel had a hearing in Cause No. 83154, *ITIO KK, A Child.* On September 24, 2015, Counsel has a bench trial in Cause No. 84606, *ITIO H.B.C., A Child.*

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
Don Biard
State Bar No. 24047755
Attorney for Ralph Barba, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on September 22, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Red River County, Texas, via facsimile.

_____
Don Biard

STATE OF TEXAS          §
§
COUNTY OF LAMAR      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 22, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016